# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| James A. Mills,                        ) | **JUDGMENT IN A CIVIL CASE** |
| )  | |
|     Plaintiff,            ) | CV-10-262-PHX-GMS |
| ) | |
|   v.                                    ) | |
| ) | |
| Southwest Service Administrators, Inc., et al., ) | |
| ) | |
|     Defendants. | |

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 20, 2011, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

                                                RICHARD H. WEARE
                                                District Court Executive/Clerk

May 20, 2011

                                                s/L. Dixon
                                                By: Deputy Clerk

cc: (all counsel)